IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-437 |
| | § | |
| EFRAIN DELGADO | § | |
| JESSE PEREZ | § | |
| MIKE PIEDRA | § | |

**O R D E R**

Defendant Perez filed a motion for continuance, (Docket Entry No. 31). The government and codefendants are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 4, 2016 |
| Responses are to be filed by: | January 18, 2016 |
| Pretrial conference is reset to**:** | **January 25, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 1, 2016 at 9:00 a.m.** |

SIGNED on September 9, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge