United States District Court
Southern District of Texas
**ENTERED**
June 24, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-437 |
| | § | |
| EFRAIN DELGADO | § | |
| JESSE PEREZ | § | |
| MIKE PIEDRA | § | |

**O R D E R**

Defendant Mike Piedra filed a motion for continuance, (Docket Entry No. 46). The government and codefendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 22, 2016 |
| Responses are to be filed by: | August 8, 2016 |
| Pretrial conference is reset to: | **August 15, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 22, 2016 at 9:00 a.m.** |

SIGNED on June 24, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge