United States District Court
Southern District of Texas
**ENTERED**
February 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-437 |
| | § | |
| EFRAIN DELGADO | § | |
| JESSE PEREZ | § | |
| MIKE PIEDRA | § | |

**O R D E R**

Defendant Jesse Perez filed a motion for continuance, (Docket Entry No.63). The government and codefendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 22, 2017 |
| Responses are to be filed by: | June 5, 2017 |
| Pretrial conference is reset to**:** | **June 12, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 19, 2017 at 9:00 a.m.** |

SIGNED on February 1, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge