# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-437 |
| | § | |
| EFRAIN DELGADO | § | |
| JESSE PEREZ | § | |
| MIKE PIEDRA | § | |

## O R D E R

Defendant Jesse Perez filed a motion for continuance, (Docket Entry No.67). The government and codefendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 21, 2017 |
| Responses are to be filed by: | September 5, 2017 |
| Pretrial conference is reset to**:** | **September 11, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 18, 2017 at 9:00 a.m.** |

SIGNED on May 30, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge